# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **EE Holding Group LLC,**　　*Plaintiff*,　　v.　　**All-in-One Store,** *et al.*,　　*Defendants*. | Case No.: 1:24-cv-4583-VMC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff EE Holding Group LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendant without prejudice, with each party to bear its own attorneys' fees and costs:

1. Jisoo Store.

Dated: March 14, 2025.

>  Respectfully submitted,
>  THE SLADKUS LAW GROUP
>
>  *s/Carrie A. Hanlon*
>  Carrie A. Hanlon
>  Ga. Bar No. 289725
>  E-mail: carrie@sladlaw.com
>  Jason H. Cooper
>  Ga. Bar No. 778884
>  E-mail: jason@sladlaw.com

1

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***